**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSHI SHAYA, | Case No. 2:26-cv-02168-MCS-MBK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BERKSHIRE HATHAWAY, INC., a Delaware corporation; BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES, a business organization; SCOTT GOLDMAN, an individual; RENTSPREE, INC., a California corporation; TRANSUNION RENTAL SCREENING SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1

Pursuant to the Court's Order Dismissing Claims Pursuant to Federal Rule of Civil Procedure 4(m), it is ordered, adjudged, and decreed that the claims of Plaintiff Yoshi Shaya against Defendants Berkshire Hathaway, Inc., Berkshire Hathaway Homeservices California Properties, Scott Goldman, Rentspree, Inc., Transunion Rental Screening Solutions, Inc., and Does 1–50 are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 18, 2026

_Mark C. Scarsi_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE